**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TIFFANY ADELE EDWARDS,

    Plaintiff,

vs.                                                 CASE NO. 8:13-CIV-1438-T-17-EAJ

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on June 30, 2014 (Doc. 17). The magistrate judge recommended that the Court affirm the decision of the Commissioner of Social Security (Commissioner) and dismiss this case.

**STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The plaintiff filed objections to the report and recommendation. The Court has reviewed the objections which essentially reassert the contentions made to the magistrate judge. The Court does not find the objections to be well-taken. After the review of the report and recommendation and the objections and having made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 17) be **adopted** and **incorporated by reference**; the objections be **overruled**, the Court affirms the Commissioner's decision, and dismisses this case. The Clerk of Court shall enter judgment for the defendant and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of August, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge